Certificate Number: 13858-MD-CC-038711831



13858-MD-CC-038711831

# CERTIFICATE OF COUNSELING

I CERTIFY that on July 29, 2024, at 11:19 o'clock AM EDT, Chanyah K  Isaac received from MoneySharp Credit Counseling Inc., an agency approved pursuant to 11 U.S.C.  111 to provide credit counseling in the District of Maryland, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   July 29, 2024                        By:      /s/Wendel Ruegsegger

                                             Name:   Wendel Ruegsegger

                                             Title:   Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C.  109(h) and 521(b).